Berkeley Research Group, LLC

Sample Extract: SEP Disputed Underpaid Accounts - Limited to Billed CPT Containing 99285
Fieri Coding Review

| Sample Num BRG | DOB | POLICY_NUM [1] | DOS | ACCOUNT_NUM | BILLED_PROVIDER | BILLED_CPT | Medical Record Bates | Review By | Date | CC | History Level | Exam Level | MDM | BRG Audit Code | Agree/Disagree with Submitted Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | U9073454501 | 6/7/2017 | 189027855/400 | GARIBALDI MD,BRYON | 99285*93010 | SOUTHEASTERN125954, SOUTHEASTERN125956 | CF | 8-Jul | Chest Pain | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 2 |  | U9121996001 | 4/30/2017 | 186634896/400 | GRANTHAM MD,BRIAN WESTON | 99285 | SOUTHEASTERN043547, SOUTHEASTERN043549 | CF | 8-Jul | Diarrhea & Vomiting | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 3 |  | U9051980501 | 12/21/2016 | 179526660/400 | ANTUNA DO,JOHN CHARLES | 99285 | SOUTHEASTERN263581, SOUTHEASTERN263628 | CF | 8-Jul | Headache | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 4 |  | U9067926501 | 5/12/2016 | 168079085/400 | STEWART MD,BRADFORD | 99285 | SOUTHEASTERN142370, SOUTHEASTERN142372 | CF | 8-Jul | Headache | Comprehensive | Detailed | Moderate | 99284 | Disagree |
| 5 |  | U9027659701 | 10/25/2015 | 158348986/400 | STEWART MD,BRADFORD | 99285 | SOUTHEASTERN339732, SOUTHEASTERN339734 | CF | 8-Jul | Cerebralvascular Accident | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 6 |  | U9001381601 | 5/28/2018 | 214073088/400 | FRANK MD,JOHN C | 99285*99053 | SOUTHEASTERN374613, SOUTHEASTERN374735 | CF | 14-Jul | Abdominal Pain/Rectal Bleeding | Comprehensive | Comprehensive | High | 99285 | Agree |
| 7 |  | U9121436101 | 5/6/2018 | 212375150/400 | JACKSON MD,HUGH H | 99285 | SOUTHEASTERN358741, SOUTHEASTERN358795 | CF | 14-Jul | Back/Flank Pain | Comprehensive | Comprehensive | High | 99285 | Agree |
| 8 |  | U9055718401 | 7/13/2017 | 191102925/400 | HANEY MD,KAREN | 99285 | SOUTHEASTERN302120, SOUTHEASTERN302144 | CF | 10-Jul | Abdominal Pain (right side) | Comprehensive | Comprehensive | Moderate | 99284 | Disagree |
| 9 |  | U9122244301 | 3/18/2018 | 208596757/400 | LYERLY MD,MICHAEL SHANE | 99285 | SOUTHEASTERN384822, SOUTHEASTERN384824 | CF | 14-Jul | Flu Like Symptoms | Comprehensive | Comprehensive | L-M | 99283 | Disagree |
| 10 |  | U9003683201 | 4/25/2015 | 149655068/400 | HAWKINS MD,DAWN RENEE | 99285 | SOUTHEASTERN273930, SOUTHEASTERN274047 | CF | 10-Jul | Abdominal Pain | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 11 |  | U9142246201 | 4/13/2018 | 210696298/400 | MCCLINTON III MD,ERNEST | 99285 | SOUTHEASTERN021290, SOUTHEASTERN021292 | CF | 14-Jul | Fever (102) Body Aches, Headache | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 12 |  | U9029116201 | 9/25/2017 | 195542695/400 | STEWART MD,BRADFORD | 99285 | SOUTHEASTERN029893, SOUTHEASTERN029895 | CF | 11-Jul | Insect Bite | Comprehensive | Comprehensive | L-M | 99283 | Disagree |
| 13 |  | U9126826805 | 7/5/2017 | 191010709/400 | HOLLAND DO,BRADLY S | 99285 | SOUTHEASTERN164303, SOUTHEASTERN164316 | CF | 11-Jul | Chest Pain |  |  |  |  | No Visit Note Provided in Documentation |
| 14 |  | U9122593501 | 3/20/2017 | 184457529/400 | RICHARDSON DO,STACY EMMANUEL | 99285*93010*99053 | SOUTHEASTERN355578, SOUTHEASTERN355580 | CF | 11-Jul | Chest Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 15 |  | U9076266801 | 10/22/2017 | 197371133/400 | STEVENSON MD,ZACHARY | 99285*93010 | SOUTHEASTERN281734, SOUTHEASTERN281736 | CF | 11-Jul | Chest Pain (Vomitting) | Comprehensive | Comprehensive | H | 99285 | Agree |
| 16 |  | U9072651601 | 4/9/2017 | 185813913/400 | RICHARDSON DO,STACY EMMANUEL | 99285 | SOUTHEASTERN019161, SOUTHEASTERN019163 | CF | 11-Jul | Flank Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 17 |  | U9137344001 | 11/20/2017 | 199897590/400 | BERKENSTOCK MD,ORAN LEE | 99285*93010*99053 | SOUTHEASTERN266507, SOUTHEASTERN266509 | CF | 11-Jul | Heart Pain | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 18 |  | U9008450501 | 6/16/2016 | 169766209/400 | HUGGINS MD,KIMBERLY SUE | 99285 | SOUTHEASTERN335895, SOUTHEASTERN335937 | CF | 11-Jul | Epigastric Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 19 |  | U9077210201 | 6/30/2018 | 216470128/400 | JACKSON MD,HUGH H | 99285 | SOUTHEASTERN022794, SOUTHEASTERN022865 | CF | 14-Jul | Swelling, Aches | Comprehensive | Comprehensive | H | 99285 | Agree |
| 20 |  | U9222143301 | 4/26/2018 | 211644568/400 | GRANTHAM MD,BRIAN WESTON | 99285*93010*99053 | SOUTHEASTERN352691 | CF | 14-Jul | Back and Chest Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 21 |  | U9044088301 | 10/10/2016 | 175781913/400 | VO MD,HALEY | 99285 | SOUTHEASTERN062490, SOUTHEASTERN062543 | CF | 11-Jul | Headache | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 22 |  | U9202024701 | 1/4/2018 | 203119571/400 | GRANTHAM MD,BRIAN WESTON | 99285 | SOUTHEASTERN194722, SOUTHEASTERN194724 | CF | 14-Jul | Vaginal Bleeding | Comprehensive | Comprehensive (did not reference GU but did order transvaginal Ultrasound) | H | 99285 | Agree |
| 23 |  | U9119145501 | 1/4/2017 | 180325657/400 | FARRAR MD,THOMAS C | 99285 | SOUTHEASTERN064519, SOUTHEASTERN064521 | CF | 11-Jul | Abdominal Pain | Comprehensive | Comprehensive | M-H | 99285 | Agree |
| 24 |  | U9073450001 | 12/31/2016 | 180047849/400 | STEVENSON MD,ZACHARY | 99285*93010 | SOUTHEASTERN090926, SOUTHEASTERN090928 | CF | 12-Jul | Seizures | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 25 |  | U9139220701 | 8/15/2017 | 193092470/400 | HENRY MD,WILLIAM W JR | 99285 | SOUTHEASTERN329972, SOUTHEASTERN329974 | CF | 12-Jul | Headache (migraine) | Comprehensive | Comprehensive | L-M | 99283 | Disagree |
| 26 |  | U9118915801 | 10/22/2017 | 197371408/400 | BERKENSTOCK MD,ORAN LEE | 99285*93010 | SOUTHEASTERN180029, SOUTHEASTERN180031 | CF | 12-Jul | Chest Pain | Comprehensive | Comprehensive | H | 99285 | Agree |
| 27 |  | U9120815901 | 4/23/2018 | 211346842/400 | RICHARDSON DO,STACY EMMANUEL | 99285*99053 | SOUTHEASTERN141350, SOUTHEASTERN141352 | CF | 14-Jul | Abdominal Pain | Comprehensive | Detailed | H | 99284 | Disagree |
| 28 |  | U9000989301 | 4/3/2017 | 185326043/400 | HILLIS JR MD,THOMAS MICHAEL | 99285 | SOUTHEASTERN111260, SOUTHEASTERN111303 | CF | 12-Jul | Pelvic Pain | Comprehensive | Comprehensive | M | 99284 | Disagree |
| 29 |  | U9005137001 | 6/30/2016 | 170531354/400 | WEDDLE DO,JOHN | 99285 | SOUTHEASTERN300386, SOUTHEASTERN300420 | CF | 12-Jul | Abnormal Test Results | Expanded Problem Focus | Comprehensive | M | 99283 | Disagree |
| 30 |  | U9003916901 | 6/21/2016 | 170107980/400 | CLARK MD,TERESA | 99285 | SOUTHEASTERN396657, SOUTHEASTERN396688 | CF | 12-Jul | Anxiety | Expanded Problem Focus | Comprehensive | L-M | 99283 | Disagree |

Note(s):
[1] For eight of the sampled records (in red), the policy number provided in the disputed claims spreadsheet appears to be incorrect. BRG searched the produced medical records by patient date of birth, date of service, and billed provider in order to locate these eight medical records in the production. BRG then asked Defendants to confirm that the patient name in their claims data system matched the names found on the medical record.

Source:
CONFIDENTIAL SOUTHEASTERN 1250.xlsx

DRAFT



EXHIBIT 3

Privileged and Confidential
Attorney Work Product