| # | TeamHealth Affiliate Name |
|---|---|
| 1 | Access Nurse PM LLC (Subsidiary, United States (TN)) |
| 2 | Acclaimed Internal Medicine, P.L.L.C. |
| 3 | ACS Emergency Services of Mississippi |
| 4 | ACS Primary Care Physicians SW |
| 5 | ACS Primary Care Physicians-Southeast, PC |
| 6 | Advanced Care Emergency Specialists LLC |
| 7 | After Hours Pediatrics Inc (Subsidiary, United States (FL)) |
| 8 | Allen G Trager Do PC |
| 9 | American Clinical Resources Inc (Subsidiary) |
| 10 | Ameriteam Services, LLC |
| 11 | Anesthesia Associates of Cincinnati, Inc. |
| 12 | Anesthesia Service Inc |
| 13 | Anesthetix Management, LLC |
| 14 | Arizona Medical Services, P.C. |
| 15 | Asana Integrated Medical Group |
| 16 | Austin Hospital Physicians PA |
| 17 | Cap Medical Group Pllc |
| 18 | Capital Internal Medicine, LLC |
| 19 | Charles L Springfield Inc (Subsidiary) |
| 20 | Clinic Management Services Inc (Subsidiary) |
| 21 | Comprehensive Wound Care |
| 22 | D&Y Sta ing, Inc. |
| 23 | Daniel & Yeager LLC (Subsidiary, United States (AL)) |
| 24 | Daniel & Yeager, Inc |
| 25 | Ecp North Carolina, P.A. |
| 26 | Eddin Medical Services, L.L.C. |
| 27 | Elliot I Greenspan Do PC & Associate |
| 28 | Emergency Coverage Corp (Subsidiary, United States (TN)) |
| 29 | Emergency Medicine Consultants, Ltd. |
| 30 | Emergency Physician Associates Inc (Related Entity, United States (NJ)) |
| 31 | Emergency Physicians of Naples, LLC |
| 32 | Emergency Physicians Professional Association, Ltd. |
| 33 | Emergency Professional Services Inc |
| 34 | Emergency Professional Services Inc (Subsidiary, United States (OH)) |
| 35 | Emergency Services of Texas |
| 36 | Erie Shores Emergency Physicians Inc (Subsidiary) |
| 37 | Exigence North America LLC |
| 38 | FischerMangold (Subsidiary) |
| 39 | Florida Acute Care Specialists (Subsidiary) |
| 40 | Florida Emergency Physicians Kang & Associates, M.D., Inc. |
| 41 | Florida Gulf-To-Bay Anesthesiology Associates, LLC |
| 42 | Florida Gulf-To-Bay Anesthesiology Associates, LLC |
| 43 | Genesis Behavioral Services Inc (Related Entity) |
| 44 | Geriatric Essentials, PC |
| 45 | Greenbrier Emergency Physicians LLC (Subsidiary) |
| 46 | HCFS Health Care Financial Services Inc (Subsidiary) |

| # | TeamHealth Affiliate Name |
|---|---|
| 47 | Health Care Alliance Inc/WV (Subsidiary, United States (WV)) |
| 48 | Herschel Fisher Inc (Subsidiary) |
| 49 | Hill Country Emergency Medical Associates PA |
| 50 | Hospital Medicine Associates |
| 51 | Hospital Medicine Associates LLC (Subsidiary, United States (FL)) |
| 52 | Hospital Physician Services-Southeast, PC |
| 53 | Hospitalists of Georgia Inc |
| 54 | Hospitalists of Illinois, Inc. |
| 55 | Hospitalists of Michigan, Inc. |
| 56 | Hospitalists of Ocala, LLC |
| 57 | Hospitalists of Tennessee, Inc. |
| 58 | Hospitalists of Texas, L.P. |
| 59 | Inland Hospitalist Medical Group, Inc. |
| 60 | Inpatient Consultants of Alabama, Inc. |
| 61 | Inpatient Consultants of Delaware, Inc |
| 62 | Inpatient Consultants of Florida, Inc. |
| 63 | Inpatient Consultants of Missouri, Inc. |
| 64 | InPhyNet Contracting Services LLC (Subsidiary, United States (FL)) |
| 65 | Inphynet Hospital Services Inc |
| 66 | Inphynet Hospital Services Inc (Subsidiary) |
| 67 | Inphynet Primary Care Physicians Southeast, PC |
| 68 | InPhyNet South Broward LLC (Subsidiary, United States (FL)) |
| 69 | Internal Medicine Consultants, PA |
| 70 | IPC Healthcare, Inc. |
| 71 | IPC Hospitalist Physicians of New Jersey P.C. |
| 72 | IPC Hospitalists of Colorado, Inc. |
| 73 | John N Campbell, Md, PC |
| 74 | Kansas Long Term Care Physicians, LLC |
| 75 | Karl G Mangold Inc (Subsidiary) |
| 76 | Kelly Medical Services LLC (Subsidiary) |
| 77 | Lh Self Medical Services, P.C. |
| 78 | Longhorn Emergency Medical Associates PA |
| 79 | Marshall Physician Services, LLC |
| 80 | Medical Management Resources Inc (Subsidiary, United States (FL)) |
| 81 | Medical Services Inc (Subsidiary, United States (WV)) |
| 82 | Metroamerican Radiology Inc (Subsidiary) |
| 83 | Midwest Emergency Associates, Ltd |
| 84 | Mt Diablo Emergency Physicians (Subsidiary) |
| 85 | Neapolitan Inpatient Care, LLC |
| 86 | Nexis Healthcare Inc. |
| 87 | North Carolina Elderly Psychiatric Services, LLC |
| 88 | Northern Valley Anesthesiology P.A. |
| 89 | Northwest Hospital Medicine Physicians LLC (Subsidiary) |
| 90 | Ocala Geriatric Services, Inc. |
| 91 | Omni Medical Diagnostics, LLC |
| 92 | Pain Management Associates Inc. |

| # | TeamHealth Affiliate Name |
|---|---|
| 93 | Paragon Contracting Services LLC (Subsidiary) |
| 94 | Paragon Emergency Services Inc (Subsidiary) |
| 95 | Paragon Healthcare LP (Subsidiary) |
| 96 | Pediatric Emergency Medicine |
| 97 | Physassist Scribes, Inc. |
| 98 | Physician Integration Consulting Services Inc (Subsidiary) |
| 99 | Physician Services Drug & Alcohol Testing |
| 100 | Preferred Hospitalists of Michigan, Pllc |
| 101 | Premier Health Care Services, LLC |
| 102 | Professional Anesthesia Services, L.L.P. |
| 103 | Psychiatrists Only, LLC |
| 104 | Quantum Plus Inc (Subsidiary, United States (CA)) |
| 105 | Senior Care of Colorado, P.C. |
| 106 | Sentinel Medical Services Inc (Subsidiary) |
| 107 | Sound Seniors Geriatrics, LLC |
| 108 | South Florida Acute Care LLC |
| 109 | South Jersey Emergency Physicians |
| 110 | Southeastern Emergency Physicians LLC (Subsidiary, United States (TN)) |
| 111 | Southeastern Emergency Physicians of Memphis LLC (Subsidiary) |
| 112 | Southeastern Hospitalist Services, PC |
| 113 | Southeastern Physician Associates LLC (Subsidiary) |
| 114 | Southern Hills Medical Center, LLC |
| 115 | Southwest Florida Emergency Management, Inc. |
| 116 | Spectrum Cruise Care Inc (Subsidiary) |
| 117 | Spectrum Federal Solutions LLC |
| 118 | Spectrum Healthcare Inc (Subsidiary) |
| 119 | Spectrum Healthcare Resources Inc (Subsidiary, United States (DE)) |
| 120 | Spectrum Healthcare Resources of Delaware Inc (Subsidiary) |
| 121 | Spectrum Healthcare Resources, Inc. |
| 122 | Spectrum Healthcare Services Inc (Subsidiary, United States (DE)) |
| 123 | Spectrum Primary Care Inc (Subsidiary, United States (DE)) |
| 124 | Sunrise Mountainview Hospital, Inc. |
| 125 | Team Health Anesthesia Management Services, Inc. |
| 126 | Team Health, Inc. |
| 127 | Teaneck Emergency Physicians P.A. |
| 128 | Texas Medicine Resources LLP |
| 129 | Texas Physician Resources LLP |
| 130 | Tricounty Hospitalists, LLC |
| 131 | Victor Toledano M.D., P.A. |
| 132 | X32 Healthcare |
| 133 | X32 Healthcare LLC (Subsidiary, United States (DE)) |