UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CELTIC INS. CO., | )<br>)<br>) |
| Plaintiff, | )    3:20-CV-00523-DCLC-HBG<br>) |
| vs. | )<br>)<br>) |
| TEAM HEALTH HOLDINGS, INC., *et al.*, | )<br>)<br>) |
| Defendant. | )<br>) |

**ORDER**

The Court has received notice that the parties engaged in settlement negotiations and have reached an agreement in principle. It is therefore **ORDERED** that the parties shall file a Stipulation of Dismissal on or before 30 days. If additional time is needed to file the Stipulation, the parties may so notify the Court and request an extension. If a Stipulation is not filed and an extension is not requested, the Court will dismiss this case after 30 days based upon the notice from the parties. It is further **ORDERED** that the Final Pretrial Conference set for November 22, 2022 and the Jury Trial set for December 6, 2022, are **CANCELLED**. The Clerk is **DIRECTED** to term the Defendants' pending motion to dismiss [Doc. 16].

SO ORDERED:

s/ Clifton L. Corker
United States District Judge