# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **CELTIC INSURANCE COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **TEAM HEALTH HOLDINGS, INC. and AMERITEAM SERVICES, L.L.C.**, <br><br> Defendants. | No. 3:20-cv-00523-DCLC-HBG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and Defendants stipulate to the dismissal of this action with prejudice.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: */s/ Caldwell G. Collins*
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
1600 West End Avenue, Suite 2000
Nashville, TN 37203
(615)726-5704 (phone)
(615)744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, TN 37604
(423)928.0181(phone)
(423)928.5694 (fax)
nkoffman@bakerdonelson.com

W. Preston Battle IV (BPR 035044)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901)526.2000 (phone)
(901)577.2303 (fax)
pbattle@bakerdonelson.com

*Attorneys for Defendants*

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ Steven M. Cady*
C. Bryan Wilson (*pro hac vice*)
Steven M. Cady (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
bwilson@wc.com
scady@wc.com

BROCK SHIPE KLENK PLC
W. Edward Shipe (BPR #023887)
265 Brookview Centre Way, Suite 604
Knoxville, Tennessee 37919
Telephone: (865) 338-9700
eshipe@bskplc.com

*Attorneys for Plaintiff*

1